UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER D. BROWN, et al.,<br>(Michael Howard Hunter)<br><br>    Plaintiffs,<br><br>  vs.<br><br>SPOKANE COUNTY, et al.,<br><br>    Defendants. | NO. 83-CV-561-JLQ<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

**BEFORE THE COURT** is the Defendant's Motion for Prompt Reconsideration - Need a Leftist Federal Judge (Ct. Rec. 137), of the court's Order Denying Motion for Sanctions and to Issue Contempt Order (Ct. Rec. 136), dated September 8, 2009, and a corresponding Motion to Expedite (Ct. Rec. 138).

"[A] motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir.1999). Mr. Hunter has presented no evidence of a change in the law, newly discovered evidence, or demonstrated clear error. Protestations regarding his lack of access to the federal courts notwithstanding, Mr. Hunter's various filings in CV-09-166-CI remain under consideration, including his appeal to the Ninth Circuit (CV-09-166-CI; Ct. Rec. 47), Motion for Hearing and Order Release (CV-09-166-CI ; Ct. Rec. 50), and filing alleging

ORDER - 1

treason to the United States Constitution on the part of this district's federal judges (CV-09-166-CI ; Ct. Rec. 53). Accordingly,

**IT IS HEREBY ORDERED**:

1.  The Plaintiff's Motion to Expedite (Ct. Rec. 138) is **GRANTED.**

2.  The Plaintiff's Motion for Prompt Reconsideration - Need a Leftist Federal Judge (Ct. Rec. 137) is **DENIED.**

The Clerk is hereby directed to enter this Order and furnish copies to counsel, Mr. Hunter, and the Prosecuting Attorney of Spokane County.

**DATED** this 18th day of September, 2009.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2